```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 20638
    PAMELA D MORGAN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2174


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/05/2007 and was confirmed 01/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
 GRP FINANCIAL SERVICES C NOTICE ONLY    NOT FILED              .00           .00
 GRP FINANCIAL SERVICES C CURRENT MORTG        .00              .00           .00
 GRP FINANCIAL SERVICES C MORTGAGE ARRE        .00              .00           .00
 CONDOR CAPITAL CORP      SECURED VEHIC   14924.77           874.68       2379.41
 CONDOR CAPITAL CORP      UNSECURED      NOT FILED              .00           .00
 GMAC MORTGAGE            CURRENT MORTG        .00              .00           .00
 GMAC MORTGAGE            MORTGAGE ARRE        .00              .00           .00
 HOMECOMINGS FINANCIAL    UNSECURED      NOT FILED              .00           .00
 OPTION ONE MORTGAGE      CURRENT MORTG        .00              .00           .00
 OPTION ONE MORTGAGE      SECURED NOT I        .00              .00           .00
 GMAC MORTGAGE            NOTICE ONLY    NOT FILED              .00           .00
 ECMC                     UNSECURED       14386.63              .00           .00
 ASSET ACCEPTANCE LLC     UNSECURED         488.24              .00           .00
 BLAIR CORPORATION        UNSECURED      NOT FILED              .00           .00
 CAPITAL ONE              UNSECURED        1775.16              .00           .00
 CONSUMER PORTFOLIO SERV  UNSECURED       14548.21              .00           .00
 FIRST CONSUMERS NATIONAL UNSECURED      NOT FILED              .00           .00
 ECAST SETTLEMENT CORP    UNSECURED         296.35              .00           .00
 NICOR GAS                UNSECURED      NOT FILED              .00           .00
 JEFFERSON CAPITAL SYSTEM UNSECURED         743.91              .00           .00
 PORTFOLIO RECOVERY ASSOC UNSECURED         535.41              .00           .00
 SEVENTH AVENUE           UNSECURED      NOT FILED              .00           .00
 PIERCE & ASSOC           NOTICE ONLY    NOT FILED              .00           .00
 GRP FINANCIAL SERVICES C UNSECURED      NOT FILED              .00           .00
 LEGAL HELPERS PC         DEBTOR ATTY     2,700.00                          32.47
 TOM VAUGHN               TRUSTEE                                          273.44
 DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20638 PAMELA D MORGAN
```

```
TRUSTEE                                       3,560.00

PRIORITY                                                            .00
SECURED                                                        2,379.41
     INTEREST                                                    874.68
UNSECURED                                                           .00
ADMINISTRATIVE                                                    32.47
TRUSTEE COMPENSATION                                             273.44
DEBTOR REFUND                                                       .00
                                        ----------------  ----------------
TOTALS                                        3,560.00         3,560.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 07 B 20638 PAMELA D MORGAN